1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                            **DISTRICT OF NEVADA**

6

7    STEVEN COHEN PRODUCTIONS, LTD.,        )
                                            )        Case No.  2:12-cv-01995-GMN-CWH
8                      Plaintiff,           )
     vs.                                    )        **ORDER**
9                                           )
     LUCKY STAR, INC. ,                     )
10                                          )
                       Defendant.           )
11   _____)

12         This matter is before the Court on the Plaintiff's Proposed Discovery Plan and Scheduling

13   Order (#43), filed on October 10, 2013.  The Court has reviewed the Proposed Plan and finds that it

14   does not comply with Local Rule ("LR") 26-1.  LR 26-1(d) provides that "the parties shall submit a

15   stipulated discovery plan and scheduling order."  Only Plaintiff submitted the Proposed Plan and in

16   doing so, indicated that a discovery planning conference will be held on or before November 4,

17   2013.  However, the Court ordered the parties to submit a joint discovery plan in accordance with

18   LR 26-1 within 10 days after an order was issued on the Motion to Dismiss (#19).  Accordingly, a

19   Joint Proposed Discovery Plan and Scheduling Order was due on October 10, 2013.

20         Additionally, the Proposed Plan sets the dates based on the deadline for Defendant's

21   answer, which was set by a stipulation not submitted for Court approval.  The parties are reminded

22   that no stipulations are effective until approved by the Court, and that "[a]ny stipulation that would

23   interfere with any time set for completion of discovery, for hearing of a motion, or for trial, may be

24   made only with the approval of the Court."  LR 7-1(b).  Accordingly, the Court notes that the

25   standard discovery dates provided by LR 26-1 should be sufficient to govern discovery in this

26   matter with the modification that the discovery cutoff deadline should be measured from September

27   30, 2013, the date the Motion to Dismiss (#19) was decided.  The Court will deny Plaintiff's

28   Proposed Plan and order the parties to meet and confer and submit a new Joint Proposed Discovery

     Plan and Scheduling Order by October 23, 2013.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Proposed Discovery Plan and Scheduling Order (#43) is **denied.**

**IT IS FURTHER ORDERED** that the parties shall submit a Joint Proposed Discovery Plan and Scheduling Order by **October 23, 2013**.

DATED this 16th day of October, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**